

1 MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
2 RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
3 Redwood City, CA 94063
(650) 694-4700
4
Attorney for Debtor

The following constitutes the order of the Court.
Signed: January 8, 2020

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| ROBERT SHAINE JONES, | Bankruptcy No. 19-51613 |
| | Date: December 19, 2019 |
| | Time: 9:30 a.m. |
| | Place: Courtroom 11 |
| Debtor. | |
| _____ | HON. M. ELAINE HAMMOND |

**ORDER SUSTAINING DEBTOR'S OBJECTION
TO CLAIM OF BROWNPENNY, LLC.**

Creditor Brownpenny LLC having failed to file an amended proof of claim pursuant to the court's ruling, the objection of Debtor to the claim in any amount in excess of $578,932.47 is sustained.

**END OF ORDER**

**COURT SERVICE LIST**

All participants are ECF filers