MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                    ) Chapter 13
                                          )
ROBERT SHAINE JONES,                      ) Bankruptcy No. 19-51613
                                          )
                                          ) Date: February 28, 2020
                                          ) Time: 10:00 a.m.
                                          ) Place: 280 S. First St.
                                          )        Courtroom 11
                                          )        San Jose, CA
               Debtor.                    )
_____     ) HON. M. ELAINE HAMMOND

**DECLARATION OF CATHLEEN COOPER MORAN RE CLAIMS OBJECTION ATTORNEY'S FEES**

I, Cathleen Cooper Moran, declare:

1. I am an attorney duly licensed to practice in the State of California and before the Federal Courts in the Northern District of California and a shareholder of Moran Law Group, Inc. (The "Firm"), counsel to the debtor herein. I am the member of the Firm most involved in matters related to Brownpenny. I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. Attached hereto as Exhibit A are the firm's time records for work on Debtor's objection to the claim of Brownpenny, LLC., showing a total for those services of $5,734.50.

3. As those contemporaneous time records reflect, I first contacted counsel for

1 Brownpenny on October 7, 2019 about the lack of a fully completed Mortgage
2 Attachment, and was met with resistance to the idea that the proof of claim was defective.

4. When no amended POC was forthcoming, I prepared, filed and served an objection to claim and points and authorities in support of the objection. No progress on the issues being forthcoming, I set the matter for hearing, and appeared personally at a hearing in San Jose in late December, at which Brownpenny failed to appear.

5. When Brownpenny thereafter failed to file an amended claim, I submitted a form of order disallowing the claim, which was entered.

6. Only upon entry of an order disallowing the claim in part did Brownpenny respond with a motion for reconsideration and a first amended POC. I prepared an opposition to the motion for reconsideration, and a supplemental opposition that analyzed the first amended POC which was filed after my opposition to the motion to reconsider was due.

7. The motion for reconsideration was granted along with an order to file a further amended claim that addressed the deficiencies identified in the supplemental opposition.

8. A second amended proof of claim was filed, necessitating an additional opposition to the claim, detailing the multiple ways in which the latest amended claim was inconsistent and incomplete. The hearing on the second amended proof of claim resulted in an order disallowing the claim in part and awarding attorneys fees to Debtor arising from the protracted proceedings regarding the Brownpenny claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2020 at Redwood City, CA.

/s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN