UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Robert Shaine Jones          Chapter 13

                                           Bankruptcy No.: 19-51613 MEH

EXHIBIT A

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph 650-694-4700              Fax: 650-368-4818

---

Robert Jones                                                    Mar 05, 2020
400 Teal Drive
Boulder Creek, CA 95006

File #:      68298
Inv #:

RE:    BROWNPENNY

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-07-19 | Review claim of Brownpenny; email to Weber re lack of Mortgage Attachment | 0.20 | 97.00 | CCM |
| Oct-10-19 | Draft objection to claim | 0.40 | 194.00 | CCM |
| Oct-14-19 | Email to Weber re OST; draft p's and a's for claim objection | 0.30 | 145.50 | CCM |
| Oct-28-19 | Receive and review opposition to claim objection | 0.10 | 48.50 | CCM |
| Dec-04-19 | Draft notice of hearing and review opposition | 0.20 | 97.00 | CCM |
| Dec-19-19 | Appear at hearing on objection to claim. | 1.50 | 727.50 | CCM |
| Dec-20-19 | Email to and from escrow agent and review cliam of Brown Penny LLC for loan number. | 0.30 | 145.50 | RCM |
| Dec-27-19 | Telephone call from client regarding Superior Loan Servicing lack of demand into escrow. (AG) | 0.05 | 7.50 | PRL3 |
|  | Email to Ed Weber regarding status of Superior Loan Servicing demand into escrow. (AG) | 0.05 | 7.50 | PRL3 |
|  | Telephone call to Superior Loan Servicing regarding status of putting the demand into escrow. (AG) | 0.20 | 30.00 | PRL3 |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Exchange telephone calls with client regarding Superior Loan Servicing jus sent the demand for escrow. (AG) | 0.10 | 15.00 | PRL3 |
| Dec-30-19 | Email to Noelle at First Am on Brownpenny demand | 0.10 | 48.50 | CCM |
| Jan-07-20 | Draft declaration and order granting objection to Brownpenny claim | 0.40 | 194.00 | CCM |
| | Call from escrow re demand of Brownpenny | 0.10 | 48.50 | CCM |
| Jan-13-20 | Exchange emails with escrow on difficulty with Brownpenny demand | 0.10 | 48.50 | CCM |
| | Read and review motion for reconsideration | 0.10 | 48.50 | CCM |
| | Draft opposition and declaration re motion to reconsider, including retrieving ECF notice of order made at hearing | 1.50 | 727.50 | CCM |
| | Draft Declariton in Support of Oppositon to Motion for Reconsideration of BrownPenny. | 0.30 | 145.50 | RCM |
| Jan-14-20 | Edit oppositon. | 0.30 | 145.50 | RCM |
| Jan-30-20 | Appear in opposition to motion for reconsideration (appointed travel) | 1.50 | 727.50 | CCM |
| Feb-16-20 | Analyze mortgage attachment to Jones/BrownPenny POC. | 0.50 | 242.50 | CCM |
| Feb-18-20 | Draft opposition to third amended claim of Brownpenny | 1.80 | 873.00 | CCM |
| Feb-25-20 | Appear on Objection to BrownPenny Claim | 1.50 | 727.50 | CCM |
| Mar-02-20 | Draft declaration re fees in Brownpenny claims objection | 0.50 | 242.50 | CCM |

|  | | Hours | | | Amount |
|---|---|---|---|---|---|
| Totals | | | | 12.10 | $5,734.50 |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Cathleen C. Moran | 10.80 | $485.00 | $5,238.00 |
| Renee C. Mendoza | 0.90 | $485.00 | $436.50 |
| Paralegal-3 | 0.40 | $150.00 | $60.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | $5,734.50 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $5,734.50 |
| **AMOUNT QUOTED:** | $0.00 |